CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 30 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK TODD SHOWALTER, ) | |
| Plaintiff, ) | Civil Action No. 7:07-cv-00367 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DIRECTOR, VIRGINIA ) | |
| DEPARTMENT OF CORRECTIONS, ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Showalter's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g) and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 30th day of July, 2007.

_____
United States District Judge